UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SUSAN COMPETELLO, *on behalf of herself and all* :
*others similarly situated*, :
:
                       Plaintiff, :        24-CV-4421 (JMF)
:
        -v- :        <u>ORDER</u>
:
ZELA INTERNATIONAL, LLC d/b/a MODE :
COSMETICS, :
:
                       Defendant. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: June 14, 2024
       New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge