UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SUSAN COMPETELLO, *on behalf of herself and all* :
*others similarly situated*, :
: 24-CV-4421 (JMF)
Plaintiff, :
: ORDER
-v- :
:
ZELA INTERNATIONAL, LLC d/b/a MODE :
COSMETICS, :
:
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Defendant's new motion to dismiss, *see* ECF No. 19, Defendant's earlier motion to dismiss filed at ECF No. 11 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **October 9, 2024**. Defendant's reply, if any, is due by **October 16, 2024**.

    The Clerk of Court is directed to terminate ECF No. 11.

    SO ORDERED.

Dated: September 25, 2024
       New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge