UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN COMPETELLO, on behalf of himself and all others similarly situated,

                Plaintiffs,

v.

ZELA INTERNATIONAL, LLC d/b/a MODE COSMETICS,

                Defendant.

1:24-cv-04421

**NOTICE OF VOLUNTARY DISMISSAL**

      PLEASE TAKE NOTICE, that Plaintiff Susan Competello ("Plaintiff") by and through her undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure as no Answer or Summary Judgment Motion has been filed by Defendants, hereby voluntarily and finally dismisses this action with prejudice, without costs or attorneys' fees.

Dated: October 9, 2024

**JOSEPH & NORINSBERG, LLC**

By: *[signature]*
Jon L. Norinsberg, Esq.
Bennitta L. Joseph, Esq.
110 East 59th Street, Suite 2300
New York, New York 10022
Tel: (212) 227-5700
jon@norinsberglaw.com
bennitta@employeejustice.com
*Attorneys for Plaintiff*

SO ORDERED.

*[signature]*

October 9, 2024